IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS J. LUTZ and SANDRA LUTZ,<br>His Wife,<br>　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>AMIT ARBIND PRASAD, M.D.,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No. 15-cv-6529<br>:<br>:<br>:<br>:  JURY TRIAL DEMANDED |

**PRAECIPE TO DISCONTINUE**

TO:　　Clerk of Court

　　　　Kindly Discontinue the above-captioned matter.


Dated: February 12, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JOHN R. VIVIAN, JR.
　　　　　　　　　　　　　　　　　　　　　　831 Lehigh Street
　　　　　　　　　　　　　　　　　　　　　　Easton, PA  18042
　　　　　　　　　　　　　　　　　　　　　　(610) 258-6625 - Telephone
　　　　　　　　　　　　　　　　　　　　　　(610) 258-4875 - Facsimile
　　　　　　　　　　　　　　　　　　　　　　I.D. Number:  34459
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs